UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PATRICK MCKENNA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No.  2:20-cv-1940-JDP P<br><br><br>ORDER |

Petitioner, a state prisoner without counsel, has filed a letter seeking legal advice from the Clerk of the Court regarding his habeas proceedings in state court.  ECF No. 1.  The Clerk cannot provide such advice.  If, however, petitioner intends to commence a federal habeas action, he must file a signed petition stating his grounds for relief.  Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003).  All petitions for writs of habeas corpus must be filed on the proper form, which the court will provide to petitioner.  L.R. 190(b); *see also* Rule 2(c)-(d), Fed. R. Governing § 2254 Cases.

Accordingly, it is hereby ORDERED that the Clerk of the Court shall send to petitioner the court's form for application for writ of habeas corpus.  Within 30 days of the date of this order, petitioner shall file a petition for writ of habeas corpus.  Failure to comply with this order may result in this case being closed.

DATED:  October 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE